UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-25358-CIV-EGT

STEFANO FLORIS and BERKAY SIRIN,

    Plaintiffs,

vs.

RIO STATION JUICE BAR, INC., a Florida
profit corporation, and RODOLFO CARDOSO,
an individual,

    Defendants.
_____/

**_JOINT_ MOTION FOR _IN CAMERA_ REVIEW AND
APPROVAL OF FLSA SETTLEMENT AGREEMENT**

    Plaintiffs, STEFANO FLORIS and BERKAY SIRIN and Defendants, RIO STATION JUICE BAR, INC. and RODOLFO CARDOSO (collectively, the "Parties"), respectfully move the Court to review the parties' settlement agreement *in camera* and for an Order approving the parties' settlement agreement pursuant to *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982) without the need for a hearing regarding the same. The parties' agree to provide United States Magistrate Judge Edwin G. Torres the Parties' executed settlement agreement via e-mail, or whatever confidential method the Court prefers, in order to facilitate the Court's review of the same. Alternatively, should the Court necessitate a fairness hearing regarding the parties' settlement agreement, the Parties move for an Order setting a Telephonic Approval

Hearing.

Respectfully submitted this 28th day of October, 2019,

| | |
|---|---|
| **s/ Robert W. Brock II**  | **s/ Dana M. Gallup**  |
| Robert W. Brock II, Esq. | Dana M. Gallup, Esq. |
| Florida Bar No. 75320 | Florida Bar No. 0949329 |
| robert@kuvinlaw.com | dgallup@gallup-law.com |
| legal@kuvinlaw.com | *Gallup Auerbach* |
| *Law Office of Lowell J. Kuvin* | 4000 Hollywood Boulevard |
| 17 East Flagler Street, Suite 223 | Suite 265 South |
| Miami, Florida 33131 | Hollywood, Florida 33021 |
| Tel.: 305.358.6800 | Tel: 954.894.3035 |
| Fax: 305.358.6808 | *Attorney for Defendants* |
| *Attorney for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on October 28, 2019, I electronically filed the foregoing document with the Clerk for the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**s/ Robert W. Brock II**  
Robert W. Brock II, Esq.