UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-25358-Civ-TORRES

STEFANO FLORIS and BERKAY SIRIN,

    Plaintiffs,

vs.

RIO STATION JUICE BAR, INC.,
a Florida profit corporation, and
RODOLFO CARDOSO, an individual,

    Defendants.

_____/

## FINAL JUDGMENT

This matter comes before the Court following the Court's Order entered May 26, 2020, granting Plaintiffs' motion to enforce settlement agreement. [D.E. 37]. That Order directed Defendants to comply with the provisions of their settlement agreement and make timely payment in the amount of $23,840.00. When timely payment was not made, Plaintiffs filed the pending Motion for Entry of Final Judgment. [D.E. 41]. The record fully supports the Court granting the motion on the merits in light of Defendants' failure to comply with the Court's May 26, 2020, Order.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Motion for entry of final judgment [D.E. 41] is **GRANTED**.

2. Final Judgment is hereby entered, pursuant to Fed. R. Civ. P. 58, in favor of Plaintiffs STEFANO FLORIS and BERKAY SIRIN, and against Defendants RIO STATION JUICE BAR, INC., a Florida profit corporation, and RODOLFO CARDOSO, an individual, for the full amount of TWENTY THREE THOUSAND EIGHT HUNDRED FORTY 00/100 DOLLARS ($28,840.00), plus post-judgment interest from this date at the current statutory rate, for which sum let execution issue.

3. The Court reserves jurisdiction to further enforce the terms of the settlement agreement and this Final Judgment, which includes possible attorneys' fees and costs based on timely motion filed after all enforcement efforts have been exhausted/completed. The provisions of Local Rule 7.3 and Fed.R.Civ.P. 54 are thus modified accordingly.

4. Any additional relief for enforcement of the judgment should be sought and secured by separate motion, following the automatic stay under Fed.R.Civ.P. 62. Any such motion must attach proposed orders, including a complete set of proposed financial questionnaires that Plaintiffs are seeking Defendants to complete.

**DONE AND ORDERED** in Chambers at Miami, Florida this 4th day of August, 2020.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge